

**MEMO ENDORSED**

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF REGIONAL OFFICES
WESTCHESTER REGIONAL OFFICE

April 7, 2021

Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

**Re: Haywood v. Annucci et. al.
Index No.: 7:18-CV-10913 (KMK)**

Dear Hon. J. Kenneth M. Karas:

The undersigned apologizes to any inconvenience this late notice may cause to the Court. Defendants request an adjournment of tomorrow's initial conference to next week (April 12 – 16) because the Defendants request to place the inmate on the call out list was too late and all booths are already occupied by other inmates. Defendants are not available at 10:00 a.m. on April 15th due to another conference but are available any other time next week. Again, please accept my apologies for this inconvenience.

Respectfully submitted,

*J. Powers*

Janice L. Powers
Assistant Attorney General

cc: Tyrone Haywood (DIN No: 09-A-2545)
Green Haven Correctional Facility P.O. Box 4000 Stormville, NY 12582

Granted. The conference will go forward on 4/16/2021 at 11:00 via telephone.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
4/7/2021