UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TYRONE HAYWOOD,

                Plaintiff,                18 **CIVIL** 10913 (KMK)

   -against-                          **JUDGMENT**

ANTHONY J. ANNUCCI, *et al.*,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 20, 2022, defendants' motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
          September 21, 2022

                                                                     **RUBY J. KRAJICK**

                                                                     _____
                                                                             **Clerk of Court**

                                       **BY:**   _____
                                                                             **Deputy Clerk**